Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  JESSICA MARIE CARTER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA MARIE CARTER, | Case No.:  CV 14-03875 KAW |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE KANDIS A. WESTMORE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Jessica Marie Carter ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to March 31, 2015; and that Defendant shall have until April 28, 2015, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due May 12, 2015.

1  A second extension of time is needed because Plaintiff's Counsel's Spouse
2  undergoes chemotherapy treatment for her Stage IV breast cancer which
3  metastasized initially to her liver and continues to progress there and in her lungs,
4  throat, and spine which required recent hospitalization to treat.  Counsel requires the
5  additional time to file the memorandum in support of complaint to allow him to
6  devote the appropriate time to assist his Spouse and his two elementary school aged
7  children through this obviously stressful experience.  Counsel sincerely apologizes
8  to the court for any inconvenience this may have had upon it or its staff. This
9  request is made at the request of Plaintiff's counsel to allow additional time to fully
10 research the issues presented.

11

12 DATE: February 23, 2015        Respectfully submitted,

13                                 LAW OFFICES OF LAWRENCE D. ROHLFING

14                                 /s/ *Steven G. Rosales*
                                   BY: _____
15                                 Steven G. Rosales
                                   Attorney for plaintiff JESSICA MARIE CARTER
16

17 DATED:  February 23, 2015      MELINDA L. HAAG
                                   United States Attorney
18

19
                                   */S/- Theophous H. Reagans
20

21                                 _____
                                   Theophous H. Reagans
22                                 Special Assistant United States Attorney
                                   Attorney for Defendant
23                                 [*Via email authorization]

24

25

26

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including March 31, 2015, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to April 28,
4 2015 to file his opposition, if any is forthcoming. Any reply by plaintiff will be due
5 May 12, 2015.
6    IT IS SO ORDERED.
7 DATE:  2/26/15

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

-3-