MELINDA L. HAAG
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8938
   Facsimile: (415) 744-0134
   E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MARIE CARTER,<br><br>   Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>   Defendant. | CIVIL NO. CV 14-3875-KAW<br><br>AMENDED STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION |

     The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended from May 1, 2015 to June 1, 2015. Defendant's Counsel needs the extension because he has a backlog of cases and needs additional time to complete a review of the defensibility of the ALJ's decision. All other dates in the Court's Scheduling Order are extended accordingly.

     This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

                                          Respectfully submitted,

Dated: April 30, 2015                  *Steven G. Rosales*
                                             (Authorized via telephone)

STEVEN G. ROSALES
Attorney for Plaintiff

Dated: April 30, 2015

MELINDA L. HAAG
United States Attorney

*Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: 5/1/15

*Kandis Westmore*
KANDIS A. WESTMORE
United States District Court Judge